UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
_____EASTERN_____ DIVISION

LEARNING EXPRESS, INC.
    Petitioner,

v.

CEE TOYS, INC.,
    Respondent.

CASE NO.

## CORPORATE DISCLOSURE STATEMENT

NOW COMES, the Petitioner, Learning Express, Inc. ("Petitioner"), by and through his attorneys, Devine, Millimet & Branch, Professional Association pursuant to Local Rule 7.3, and submits the following Corporate Disclosure Statement:

1.    Learning Express, Inc. does not have any parent corporation; and

2.    No publicly traded company owns ten percent or more of the stock of Learning Express, Inc.

RESPECTFULLY SUBMITTED
LEARNING EXPRESS, INC.

By their attorneys,

Dated: September 13, 2004

George R. Moore, BBO #656102
DEVINE, MILLIMET & BRANCH, PA
300 Brickstone Square, 9th Floor
P.O. Box 39
Andover, MA 01810
(978) 475-9100

{13827\69768\A0075954.1}